IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JANICE O'BANER**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 3:08cv74-TSL-JCS**

**MISSISSIPPI DEPARTMENT OF HEALTH**     **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss with prejudice the Complaint filed against the Defendant, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well-taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses including attorney's fees.

SO ORDERED AND ADJUDGED, this the 16th day of May, 2009.

_____
U. S. DISTRICT COURT JUDGE

Presented by:

/s / Nick Norris
Nick Norris
Attorney for Plaintiff

/s / Peter W. Cleveland
Peter W. Cleveland
Attorney for Defendant